# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **AZURE NETWORKS, LLC,** *et al.*, | § § § | |
| *Plaintiffs*, | § § | Civil Action No. 6:12-CV-252-MHS |
| v. | § § | JURY TRIAL DEMANDED |
| **MEDIATEK INC.,** | § § | (LEAD CASE) |
| *Defendant*. | § § | |
| **AZURE NETWORKS, LLC,** *et al.*, | § § § | |
| *Plaintiffs*, | § § | Civil Action No. 6:12-CV-757-MHS |
| v. | § § | JURY TRIAL DEMANDED |
| **HEWLETT-PACKARD COMPANY,** | § § | (CONSOLIDATED CASE) |
| *Defendant*. | § § § | |

## ORDER

The Joint Motion filed by Plaintiffs Azure Networks, LLC and Tri-County Excelsior Foundation and Defendant Hewlett-Packard Company ("HP") to Dismiss Claims and Counterclaims Without Prejudice under Fed. R. Civ. P. 41(a)(2) and (c) shall be, and hereby is, GRANTED (Doc. No. 174).  All claims and counterclaims asserted by and between Plaintiffs and HP in this action are hereby DISMISSED WITHOUT PREJUDICE.

Plaintiffs and HP will each bear their own costs, expenses and legal fees.

**It is SO ORDERED.**

**SIGNED this 31st day of May, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE